# UNITED STATES DISTRICT COURT
# Northern District of California
# Oakland Division

RUTH HERRERA,
    Plaintiff,

v.

TIFFANY AND COMPANY,,
    Defendant.

No. C 11-5201 PJH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:         May 21, 2012
Evaluator:  Linda McSweyn

IT IS HEREBY ORDERED that the request to excuse defendant Tiffany and Company's corporate and insurer representatives from personal attendance at the May 21, 2012, mediation session before Linda McSweyn is GRANTED. The representatives are excused from appearing in person at the session but shall appear by videoconference for the duration of the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f)..

IT IS SO ORDERED.

April 12, 2012
Dated

By: _____
Donna M. Ryu
United States Magistrate Judge