CHRISTOPHER E. COBEY, Bar No. 060821
NICOLAS T. KELSEY, Bar No. 246060
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone:   408.998.4150
Facsimile:   408.790.0564
ccobey@littler.com
nkelsey@littler.com

Attorneys for Defendant
TIFFANY AND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RUTH HERRERA,<br><br>            Plaintiff,<br><br>v.<br><br>TIFFANY AND COMPANY and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 4:11-cv-05201-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

      WHEREAS, Plaintiff Ruth Herrera ("Plaintiff") filed a lawsuit in Monterey County Superior Court on August 26, 2011, against Tiffany and Company ("Defendant") in which she alleged Defendant engaged in wrongful conduct in connection with her employment with Tiffany and Company and the termination of her employment;

      WHEREAS Defendant denied engaging in any inappropriate, wrongful, or unlawful conduct toward Plaintiff or any other individual and removed the action to the United States District Court, Stipulation of Dismissal and Proposed Order Northern District of California, on or about October 24, 2011;

      WHEREAS, Plaintiff and Defendant settled the matter on or about May 21, 2012,

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER     No. 5:11-cv-05201-PJH

1  which has been memorialized in a Confidential Settlement Agreement and General Release of All
2  Claims ("Settlement Agreement");
3  THEREFORE, IT IS STIPULATED by and between Plaintiff and Defendant through
4  their designated counsel that the above-captioned action should be dismissed as to Defendant with
5  prejudice pursuant to FRCP 41. There are no claims remaining in the case. The parties further
6  stipulate that, except as set forth in the Settlement Agreement between them, the parties shall bear
7  their own attorney's fees, expenses and costs.
8  IT IS SO STIPULATED.

Dated: June 28, 2012

Stephen R. Jaffe
THE JAFFE LAW FIRM, LLP
Attorneys for Plaintiff
RUTH HERRERA

Dated: July 3, 2012

Christopher E. Cobey
Nicolas T. Kelsey
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
TIFFANY AND COMPANY

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
2.
No. 5:11-cv-05201-PJH

# ORDER

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice against Defendant. There are no claims remaining in the case.

2. Except as set forth in the Settlement Agreement between the parties, each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

Dated: July 3, 2012

_____
The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Firmwide:112438502.1 063346.1003

TTLER MENDELSON, P.C
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER    3.    No. 5:11-cv-05201-PJH